**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE: : NO. 751
:
APPOINTMENT TO THE DOMESTIC : CIVIL PROCEDURAL RULES DOCKET
RELATIONS PROCEDURAL RULES :
COMMITTEE :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 20th day of March, 2024, Ann M. Funge, Esquire, Philadelphia, is hereby appointed as a member of the Domestic Relations Procedural Rules Committee for a term of five years, commencing April 1, 2024.